IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

_____

Plaintiff's,

Delbert Sgaggio,

vs.

Defendant's,

Miles De Young

City of Woodland Park

City of Woodland Park Employee John Doe

John Does 1-99

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:12 pm, Jul 07, 2020*
**JEFFREY P. COLWELL, CLERK**

_____

COMPLAINT AND DEMAND FOR JURY TRIAL

_____

I PLANTIFF DELBERT SGAGGIO Pro Se respectfully alleges in my Complaint and Jury trial Demand as follows:

### Introduction

I am a journalist, I specialize in police misconduct, matters of civil rights, constitutional violations by public servants, matters of prejudice and racism.  I am also an Asian /American who believes that rights given to me by god/nature shall not be infringed upon.

1

In the First Amendment, the Founding Fathers gave the free press the protection it must have to fulfill its essential role in our democracy. The press was to serve the governed, not the governors. The Government's power to censor the press was abolished so that the press would remain forever free to censure the Government. New York Times Co. v. United States P.403 U.S. 717.

## JURISDICTION AND VENUE

This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1441. This action is authorized and instituted pursuant to 42 U.S.C. § 1983 and the State Law of Colorado.  Venue is proper in the District of Colorado pursuant to 28 U.S.C. § 1391(b).

## PARTIES

Delbert Sgaggio is a citizen of the United States and State of Colorado and was during the relevant times described herein.

At all times relevant to the allegations of this Complaint, Defendant Miles De Young was the Chief of Police for the City of Woodland Park. He is a citizen of the United States and resident of the State of Colorado.

At all times relevant to the allegations of this Complaint, Defendant John Doe was a employee for the City of Woodland Park. He or she is a citizen of the United States and resident of the State of Colorado.

Defendant City of Woodland Park is a municipality and as such is a proper defendant under § 1983.

**Factual allegations:**

**What I posted:**

On or around the July 20 2018, while browsing through my Facebook I came across a video.  The video was a post done by a Blogger named Michael Dalton.
https://www.facebook.com/WPUNDERGROUND/videos/2117904021784952/

The name of the video that was published on July 19, 2018 "Dad tells a story of house being raided for MMJ"   the video shows heavily armed Teller County law enforcement within an AR15 in Colton Wolfe's home.



The video also shows that the father is scared to tell his story, his face is covered and you can hear the fear in his voice.



**Woodland Park Underground**
July 19, 2018 · 🌐

Dad tells a story of the house being raided for MMJ
"The SEIZURE Monster is a lot scarier than guys with GUNS"

But what really hurt my soul, and brought out my anger, my emotion, was the youngest victim of this brutal police raid.  A minority, special needs child who suffers from life threatening seizures.  This Child

takes Cannabis oil to stop these seizures.



What was even worst is that the Woodland park police department decided they would publish this family's address so they could further terrorize and threatened the family.  See below.

∎ıll AT&T 🗢                    7:15 AM                    ➚ ▬▬

 **Woodland Park Police Department**
Yesterday at 6:29 PM · 🌐

Please remember the Woodland Park Police Departments rules when engaging in discussion on our posts.

Marijuana Grow Search Warrant

On 07-18-18, Officers with the Woodland Park Police Department, along with assistance from the Teller County Sheriffs Office executed a search warrant in the 300 block of N. Fairview St for the investigation of an alleged illegal marijuana grow. During the course of the investigation there was no evidence of illegal distribution recovered. The search revealed the residents were allowed 12 marijuana plants but had 13. The Woodland Park Police Department chose to take this as an opportunity to educate the residents on the laws regarding cultivation in Colorado instead of charging them for 1 plant.

We want to thank the public for their

Write a comment...

Woodland Park police department never mentioned that teller county law enforcement terrorized an entire family so that they could receive overtime pay and Federal grants to help pad their budget. Defendants also never mentioned that there was a special needs minority child that the medicine was being grown for.


Through my journalism and also through life experiences of being victimized by the police, I have done research on illegal unconstitutional act of "Cuffing".   This is where law enforcement officials with no probable cause, conducts a fraudulent investigation in order to receive more overtime pay.  I have also covered stories that details how Colorado law enforcement uses this activity to enrich themselves through overtime and comp pay.

I then reached out to the family who was victimized by Woodland Park PD to get details on the incident that I seen on Woodland park undergrounds Facebook page a blog by Michael Dalton.   After interviewing the father whos face was covered, on the Facebook video, posted on Woodland park undergrounds Facebook page A blog by Michael Dalton, I came to the conclusion that teller county law enforcement was absolutely committing fraud and had committed the raid in order to enrich themselves.

Also through my journalism and research, I found out that Teller county law enforcement had actively been telling the community to report Cubans who they suspect are growing marijuana.  This was clear and blatant racism and profiling.

I conduct my journalism in a different way than most of the press.  I published my articles, my findings and my facts directly to a public forum.   I focus on accountability, I give those, who I hold accountable a chance to refute or explain their side of the story.   If the facts I post are false, I would like to know.  I also hold myself accountable. I have redacted and removed journalism from public forums and apologized to public servants when my facts were wrong.

I also as post my grievances as an American, who wishes to hold those, who are taxpayer funded accountable. I redress the government on a public forum for it is a god given/ natural right and is a protected by the first amendment.  No member of the Woodland Park Government has the Authority or power to legally stop my peaceful redress of the Government on a public forum.

It is clear that the Woodland Park police department page is a public forum.  The Woodland Park police Facebook page is used for communication with the general public.  The Woodland Park police Facebook page is therefore a public forum.  The speech/Journalism that I place to be viewed by the general public on this public forum is protected by the first amendment.


It is also clear that this City of Woodland Park Facebook page is a public forum.  That the city of Woodland Park uses its page for communication with the general public.  The city of Woodland Park Facebook page is therefore a public forum.  The speech/journalism that I placed to be viewed by the general public on this public forum is protected by the first amendment.

On or around July 19, 2018 I posted the following on Woodland Park Police Departments FaceBook.  In the Post was a link from Woodland park undergrounds story by Michael Dalton. https://www.facebook.com/WPUNDERGROUND/videos/2117904021784952/.

 I also commented. "You target sick kids to get your overtime pay that's why you are a pig." My post was removed.

‹   **Woodland Park Police Department's Post**   •••

an opportunity to educate the residents on the laws regarding cultivation in Colorado instead of charging them for 1 plant.

We want to thank the public for their assistance in reporting suspicious activities or odors in their neighborhood and ask for their continued assistance and support. We would also like to thank the residents for their cooperation during the search warrant.

👍 Like        💬 Comment        ↪ Share

 37

**2 shares**

   **Delbert Sgaggio Jr.**
**https://www.facebook.com/**
**WPUNDERGROUND/videos/**
**2117904021784952/.** You
target sick kids to get your
overtime pay.. That's why you are
a pig.

17m   **Like**   **Reply**

Write a comment...   😊   ➤

📰        🖥️¹        🏪¹        🔔¹        ☰•

The post above was almost instantly removed.  I then posted a notice of law to the Woodland Park Police Dept Page, and reposted a similar post to the one that was removed.

‹    Woodland Park Police Department's Post    •••



 **Delbert Sgaggio Jr.**
Why did you punk ass pigs remove my post. This is a pubic forum. I'm going to sue the chief of police, the city of Woodland Park, and whatever punk ass bitch remove my post. Your actions are unconstitutional and violation of federal law 18 usc 241,242.. see you pigs in Federal court..

16m    Like    Reply

 **Delbert Sgaggio Jr.**
**https://www.facebook.com/ WPUNDERGROUND/videos/ 2117904021784952/.** You target sick children to  Enrich officers 👮 with overtime pay.. dirty ass cops.

Just now    Like    Reply

Write a comment... 🙂    ➤

After my second post and third post. I was blocked and once again my speech was removed from the Woodland Park Police Dept Page a public forum.  Defendant Miles DeYoung also added a disclaimer to the post. The first Paragraph is what De Young added. See below.



●ıll AT&T 🛜        7:15 AM        ⬈ ▬

‹    **Woodland Park Police Department**    •••

Yesterday at 6:29 PM · 🌐

Please remember the Woodland Park Police Departments rules when engaging in discussion on our posts.

Marijuana Grow Search Warrant

On 07-18-18, Officers with the Woodland Park Police Department, along with assistance from the Teller County Sheriffs Office executed a search warrant in the 300 block of N. Fairview St for the investigation of an alleged illegal marijuana grow. During the course of the investigation there was no evidence of illegal distribution recovered. The search revealed the residents were allowed 12 marijuana plants but had 13. The Woodland Park Police Department chose to take this as an opportunity to educate the residents on the laws regarding cultivation in Colorado instead of charging them for 1 plant.

We want to thank the public for their

Write a comment... 🙂 ➤

📰    📺¹    🏪¹    🔔¹    ☰•

Defendant Miles also believed he could make up a policy that would supersede his Oath and the United States Constitution.  This was written after I told Defendant De Young violating my rights is a federal offence.



**Woodland Park Police Department**
July 20, 2018 · 🌐

WPPD will not edit or alter any posts made on its social media sites, however, WPPD reserves the right to remove comments that do not promote civil discussion or do not adhere to our post/comment policy.

We reserve the right to delete any submissions that contain:
-Vulgar language, including graphic, obscene, explicit, racist or sexist comments.
-Personal attacks of any kind.
-Abusive, hateful or slanderous comments to any person, ethnicity, religion, organization or nation.
-Spam
-Comments that suggest, endorse or encourage illegal activity.
-Promotion, solicitation or advertisement of particular services, products or political organizations.
-Infringement of copyrights or trademarks.
Personally identifiable or sensitive information including medical information.

👍❤️😄 52                                                      9 Comments

↪ Share                                            🙂 ▾

Most Relevant ▾



**Cali LA** For some reason this public servant dept. feels it is special that it can be lawless and it is above the law. This dept. works for the public the public doesn't work for it and it seems that it is asking for attention that could and will cost it and th... See More

1y · Edited

**TM McMillin Sr.** It's ridiculous that you even have to post this. And when any of these keyboard warriors and "legal experts" call for help the WPPD will respond to them.

The Haters are the minority, know that. I back the Blue.

1y                                                      👍❤️ 15

**William Wright** Never thought youd have to babysit adults im betting lol.

1y

↳  1 Reply

**Cris L Lyman** What about general trolling?
And what's the police departments official stance on memes?

1y

**Tommy Noyb** Who cares?

1y                                      👍 1

Defendant Miles DeYoung also willfully lies about removing my post to other members of the Community. See the Mike Wise comment below.

 **Woodland Park Police Department's Post**

Write a reply...

 **Cleedus Weatherford**
Nevermind all the haters and keep up the good work!!!!!

10h    Like    Reply

 **Stella Artwah**
Well done! Fairness, Mercy and Strength. Love our PD

6h    Like    Reply

 **Mike Wise**
Why have you removed the ability for the public to review your department?

1h    Like    Reply

 **Woodland Park Police Department**
We weren't aware that that happened on our page. Thank you for letting us know!

Write a comment...

I also posted similar content to the City of Woodland Park Page.

<     **City of Woodland Park's Post**     ...



 Like     Comment    Share

 **3**

**1 share**

 **Delbert Sgaggio Jr.**
**https://www.facebook.com/**
**WPUNDERGROUND/videos/**
**2117904021784952/**. Ask the
city how they treat sick kids

7m    **Like**    **Reply**

Write a comment...



The above post was removed by city employee John Doe, and I was blocked by this unnamed employee. Notice my comment is removed and there is no comment button. No Comment button means you are blocked/banned and cannot post on the page.  See below.

‹   City of Woodland Park's Post   •••

within close walking distance of the Teen Center. Only Teens registered at the Woodland Park Teen Center will be able to come to this activity at no charge. Made possible through a generous donation by Prestige Realty!



↱ **Share**

 **3**

            

I did very similar posts on Teller County Sheriffs Depts page.  My posts were not removed or censored and I was not blocked.  Teller county and Teller county employees honored their Oath and respected my God Given/ Natural Rights.

On 6/10/2020 I attempted to redress the Woodland Park government on a public forum.  I could not post on the Woodland Park Police Dept Facebook page, and I am currently blocked/banned.



On 6/10/2020 I attempted to redress the Woodland Park government on a public forum.  I could not post on the City of Woodland Park Facebook page, and I am currently blocked/banned. See below.



Knowing that members of the Woodland park Government willfully violated my rights, I needed to find out what public servant violated his oath and disregarded constitutional mandates. I was very lucky and blessed in my investigation. I called the Woodland Park police dept. The Chief of police in what I would call a Cocky tone attempted to put me in my place. Defendant De Young gave me a full explanation of how his Facebook policies supersedes the United States constitution. Defendant De Young states. "So your first amendment stopped when you started swearing on my police department page. It violated our rules of conduct. So that's why I deleted your comment." Defendant De Young also admitted he removed my comment from the Woodland Park Police Dept page. For the record my post contained no "swear words."

I then ask the question to Defendant De Young. "I didn't know that your code of conduct overrides the United States Constitution is that how it works?"

De Young replies "That's how that works on that page. If it is vulgar, and you can't maintain your composure on that page, it's not gonna be left up on the page." I posted nothing vulgar.

I then interject. "It's the United States Constitution, it's the first amendment. It's the supreme law of the land according to Mayberry vs. Madison. So my question to you. Is what gives you the authority to impede my First Amendment rights.

Defendant De Young replies. "because you violated the standards of this page."

I passionately rebut. "But you violated the United States constitution. You took an oath.     Did you take an oath?"

Defendant De Young would not answer the question "Did you take an Oath?"

This was De Young's last meaningful reply.. "For the record I am the one that hid your comment. And I am the one that blocked you from commenting on my page."

The removal of my posts is a content-based or viewpoint-based restriction on speech, or both.

Defendant De young on a public forum removed my speech because he did not agree with it. When you compare the phone recording, to the screen shot from the Woodland Park Police dept page you can tell the truth is not coming out of Defendant Chief of Police Miles De Youngs mouth.

I have the conversation recorded.

**City of Woodland Park liability:**

City of Woodland Park maintains customs, policies, and/or practices that caused the constitutional violations here. These include but are not limited to: (1). Not properly training Woodland Park City

employees to recognized public forums. (2). Allowing Woodland Park City employees to censor and or remove constitutionally protected speech. (3). Allowing Woodland Park City employees to stop free press.

**(1). Not properly training Woodland Park City employees to recognized public forums.**   The opening an instrumentality of communication "for indiscriminate use by the general public" creates a public forum. Both the City of Woodland Park Facebook page and the Woodland Park Police Department page, were intentionally opened for public discussion accounts as official vehicles for governance.  My posts and or Press publications did not stay up long, I would say less than a day. It was a city of Woodland park custom, policy or practice to not properly train it employees that facebook pages are Public Forums. As a general matter, social media is entitled to the same First Amendment protections as other forms of media.   A public forum, as the Supreme Court has also made clear, need not be "spatial or geographic".

**(2). Allowing Woodland Park City employees to censor and or remove constitutionally protected speech.**  The First Amendment protects speech, press and the right to redress grievances. Every public servant that works for the city of Woodland Park should be properly trained on this subject.  How are Woodland park public servants swearing to uphold an oath, when they don't even know what they are swearing to uphold. The Contract between the government and the people needs to be studied and followed. My speech and my journalism was censored because of my viewpoint and or . Viewpoint discrimination is unconstitutional. Since it was censored on two different Facebook pages controlled by the Woodland Park Government, it's clear this is a City of Woodland Park customs, policies, and/or practices.

**(3). Allowing Woodland Park City employees to stop free press.**  These are the stories I published. My Facts are 100% accurate.  "You target sick kids to get your overtime pay that's why you are a pig." (Police page)   My publication was removed. So I republished a similar story. You target sick children to Enrich officers with overtime pay.. dirty ass cops. (Police page) . This is the story I published on the cities Facebook page:  "Ask the city how they treat sick kids" I attached a link to a video that supported my facts on all 3 publications.  All of my press publications were removed on two different Facebook pages controlled by the Woodland Park Government, it's clear this is a City of Woodland Park customs, policies, and/or practices.

**Race was also a factor in the removal of my post.**

I am a member of a protected class under the 14th amendment. I request strict scrutiny in the evaluation of my claim.

White people's comments get to stay. My comments are removed.  The following two images are undisputable evidence.  Woodland park is 96.33% white https://worldpopulationreview.com/us-cities/woodland-park-co-population/ .   But when it comes to the post dated July 19, 2018 Defendant De Young made sure only the white voices would be heard. My posts/ press publications were removed because of my race.  Evidence shows only white people have 1st Amendment rights when speaking on public forums controlled by the City of Woodland Park. (See below)



charging them for 1 plant.

We want to thank the public for their assistance in reporting suspicious activities or odors in their neighborhood and ask for their continued assistance and support. We would also like to thank the residents for their cooperation during the search warrant.

👍❤ 36                                                              17 Comments

🔗 Share

All Comments ▾

**Bridget Goldsmith McKee** Do better.
👍 1
1y

**Sherise Nipper** As a human being, this should make you feel terrible. A man made law is causing epilepsy patients to continue to have horrific seizures, even though we know cannabis heals seizures. The moment the humans in the police department decide that this is inhumane will be the moment that we can... See More

KOAA.COM
Springs woman to celebrate birthday doctors told her she wouldn't survive...
ⓘ

1y

**Ann Garvine** Thank you for your diligence!
👍😊 3
1y

**Cleedus Weatherford** Nevermind all the haters and keep up the good work!!!!!
1y

**Richard Dannelley** ...some white lady called 911 ?
👍 2
1y

**Janice Kimball Hare** How much is the fine for one extra plant?
1y

✎ Author
**Woodland Park Police Department** It depends on the circumstances of what is found. A lot comes into play with investigations like this one. The answer is long and involves a lot of different aspects and again depends on the circumstances of what we find once we do get inside.
👍 2
1y

**Janice Kimball Hare** Woodland Park Police Department I'd love to be an investigator!
1y



1y

**Cleedus Weatherford** Nevermind all the haters and keep up the good work!!!!!

1y

**Richard Dannelley** ...some white lady called 911 ?

1y

**Janice Kimball Hare** How much is the fine for one extra plant?

1y

🖉 Author

**Woodland Park Police Department** It depends on the circumstances of what is found. A lot comes into play with investigations like this one. The answer is long and involves a lot of different aspects and again depends on the circumstances of what we find once we do get inside.

1y

**Janice Kimball Hare** Woodland Park Police Department I'd love to be an investigator!

1y

🖉 Author

**Woodland Park Police Department** The "fine" for one extra plant is determined by the courts in a presumptive range. In accordance with Colorado Revised Statutes (CRS) 18-18-406(3)(II), the charge in this case, of having 1 plant over the lawful count is classified as a drug petty offen...
See More

1y

**Candace Gibson** WOW....leave it up to our great officers...to spend 5 hours and an unspeakable amount of officers and vehicles for one damn plant!! What a show...keep up the good work!!!

1y

**Michael Mellinger** Thank you for your due diligence, investigating the concern.

1y

**Stella Artwah** Well done! Fairness, Mercy and Strength. Love our PD

1y

**Kristopher Kaiser** What was the probable cause that they had in excess of their allowed 12 plants? What judge signed that warrant?

1y

**FIRST CLAIM FOR RELIEF**

**42 U.S.C. § 1983**

**- First Amendment violation of free speech.**

**View point discrimination**

**(Against All Defendants)**

All statements of fact set forth previously are hereby incorporated into this claim as though set forth fully herein.

My posts on Woodland Park Police Dept Facebook page and the post on the City of Woodland Park Facebook page are expressive activity protected by the First Amendment.

Defendants' decision to remove my posts and block/ban me from government controlled public forums is a content-based or viewpoint-based restriction on speech, or both.

Defendants' decision to remove my posts and block/ban me from government controlled public forums was a denial of my right to free speech guaranteed by the First Amendment to the Constitution of the United States.

The decision to remove posts and block/ban from government controlled public forums, Defendants, acting in concert with one another, prevented Plaintiff from speaking out on a matter of public concern.

The decision to remove posts and block/ban from government controlled public forums. Defendants chilled Plaintiff from exercising my First Amendment rights.

I was prevented from speaking out on a matter of public concern.

The actions of Defendant's occurred while each was acting under color of State law.

Defendant's conduct violated clearly established rights belonging to Delbert Sgaggio of which reasonable persons in Defendants' position knew or should have known.

The acts and omissions of Defendants were engaged in pursuant to the customs, policies, and practices of Defendant City of Woodland Park, which encourages, condones, tolerates, and ratifies the restraint of speech and expressive activity by its officials of individuals expressing viewpoints critical of Defendant City of Woodland Park and/or its officials and/or exercising their rights of free speech and dissent.

I was prevented by Defendants from delivering my message in violation of the First Amendment to the United States Constitution.

Defendants engaged in this conduct intentionally, knowingly, willfully, wantonly, maliciously, and in reckless disregard of Plaintiff's constitutional rights.

**SECOND CLAIM FOR RELIEF**

**42 U.S.C. § 1983**

**- First Amendment violation of free press**

**(Against All Defendants)**

All statements of fact set forth previously are hereby incorporated into this claim as though set forth fully herein.

My press publications on Woodland Park Police Dept Facebook page and the post on the City of Woodland Park Facebook page are expressive activity protected by the First Amendment.

Defendants' decision to remove press publications and block/ban me from government controlled public forums is a content-based or viewpoint-based restriction on speech, or both.

Defendants' decision to remove my press publications and block/ban me from government controlled public forums was a denial of my right to free speech guaranteed by the First Amendment to the Constitution of the United States.

The decision to remove press publications and block/ban from government controlled public forums, Defendants, acting in concert with one another, prevented Plaintiff from speaking out on a matter of public concern.

The decision to remove press publications and block/ban from government controlled public forums. Defendants chilled Plaintiff from exercising my First Amendment rights.

I was prevented from publishing my journalism on a matter of public concern.

The actions of Defendant's occurred while each was acting under color of State law.

Defendant's conduct violated clearly established rights belonging to Delbert Sgaggio of which reasonable persons in Defendants' position knew or should have known.

The acts and omissions of Defendants were engaged in pursuant to the customs, policies, and practices of Defendant City of Woodland Park, which encourages, condones, tolerates, and ratifies the restraint of speech and expressive activity by its officials of individuals press publications critical of Defendant City of Woodland Park and/or its officials and/or exercising their rights of free speech and dissent.

I was prevented by Defendants from delivering my press publication in violation of the First Amendment to the United States Constitution.

Defendants engaged in this conduct intentionally, knowingly, willfully, wantonly, maliciously, and in reckless disregard of Plaintiff's constitutional rights.

**Third CLAIM FOR RELIEF**

**42 U.S.C. § 1983**

**- Fourteenth Amendment violation of Equal Protections of the Law.**

**(Defendant Mile De Young and the City of Woodland Park)**

Plaintiff hereby incorporates all other paragraphs of this Complaint as if fully set forth herein.

The Fourteenth Amendment forbids Defendant from depriving Plaintiff of the equal protection of the law and provides Plaintiff with a clearly established constitutional right to be free from racial discrimination in law enforcement by police officers.

Plaintiff's race was a motivating factor in the decision to remove my speech/unpublished press publications.  The only non white person on woodland parks police dept page (post where the victimized family's address was published) was me on July 19,2018.  The only person to have their speech censored was the person of color. Non minorities were allowed to redress the government.

Reasonable public servant would have known that they were violating clearly established law.

City of Woodland Park, through its procedures, policies, practices, and customs, caused the violation of my rights.

**FOURTH CLAIM FOR RELIEF  42 U.S.C. § 1983 –**

**First Amendment - Retaliation for Free Speech/Expression**

**(Against All Defendants)**

All statements of fact set forth previously are hereby incorporated into this claim as though set forth fully herein.

My press publications on Woodland Park Police Dept Facebook page and the post on the City of Woodland Park Facebook page are expressive activity protected by the First Amendment.

 Plaintiff's speech and expression were related to matters of public concern.

Defendants jointly and on their own accord responded to Plaintiff's First Amendment-protected activity with retaliation, including but not limited to.

Defendants' retaliatory actions were substantially motivated by Plaintiff's exercise of my First Amendment rights.

The decision to block/ban me from both Woodland Park government Facebook pages Defendants sought to punish me for exercising My First Amendment rights and to silence My future speech and restrict My freedom of expression, and the future speech and expression of others. Defendants'

retaliatory actions would chill a person of ordinary firmness from engaging in such First Amendment-protected activity.

Defendants' conduct violated clearly established rights belonging to Plaintiff of which reasonable persons in Defendants' position knew or should have known.

The acts and omissions of Defendants were engaged in pursuant to the customs, policies, and practices of Defendant City of Woodland Park, which encourages, condones, tolerates, and ratifies the restraint of speech and expressive activity by its officials of individuals expressing viewpoints critical of Defendant City of Woodland Park and/or its officials and/or exercising their rights of free speech and dissent.

Defendants engaged in this conduct intentionally, knowingly, willfully, wantonly, maliciously, and in reckless disregard of MY constitutional rights.

At all times relevant to this Complaint, Defendants were acting under the color of law.

Defendants' actions and/or omissions caused, directly and proximately, Delbert Sgaggio to suffer damages.

## PRAYER FOR RELIEF

Wherefore, I am entitled to compensatory damages from City of Woodland Park; compensatory and punitive damages from the individual Defendant Officers/ Public Servants; an award of reasonable costs; I would also like my rights restored.  I pray the Court will make the Government remove blocks and bans and restore my posts/press publications, and such other relief as the Court deems just.

## JURY DEMAND

Plaintiff requests a trial by jury in this matter.

Respectfully submitted this July 7th day of May, 2020.

By: s/ Delbert Sgaggio

DELBERT SGAGGIO

1850 North Academy Blv. Colorado Springs Colorado 80909

Overclock420@hotmail.com

719 351 0801