# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.        1:20-CV-01977-KMT

DELBERT SGAGGIO,
Plaintiff,

v.

MILES DE YOUNG,
CITY OF WOODLAND PARK,
CITY OF WOODLAND PARK EMPLOYEE JOHN DOE,

Defendants.

## ENTRY OF APPEARANCE

Marni Nathan Kloster of the law firm of Nathan Dumm & Mayer P.C. hereby enters her appearance as counsel on behalf of Defendants Miles De Young and the City of Woodland Park only.

Respectfully submitted this 5th day of August, 2020.

/s/Marni Nathan Kloster
Marni Nathan Kloster
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
Fax: (303) 757-5106
*Attorneys for Defendants*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:.

Delbert Sgaggio
1850 North Academy Boulevard
Colorado Springs, CO 80909
719-351-0801
Overclock420@hotmail.com

*/s/Alexandra Sanchez*
Paralegal

-2-