IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-01977-PAB-KMT
Plaintiff's,
Delbert Sgaggio,
vs.
Defendant's,
Miles De Young
City of Woodland Park
City of Woodland Park Employee John Doe
John Does 1-99

RESPONSE TO DEFENDANTS DE YOUNG AND CITY'S MOTION FOR SUMMARY JUDGMENT [ECF18]

I PLANTIFF DELBERT SGAGGIO Pro Se respectfully alleges in my Response to Summary Judgement as follows.

## Introduction

Defendants claim that my post were related to "lawful execution of a search warrant". However the deposition of Defendant Miles De young shows the search warrant was initiated based on smell, the smell that started the investigation was constitutionally protected. There is no reasonable suspicion to start an investigation because there was no criminal activity. Defendants also claim that I made "unfounded, indecent, and obscene posts on the Woodland Park Police Department's ("Police Department") and City's respective Facebook pages."

Nothing I posted was unfound. Its clear from the Deposition of the Defendant Miles De Youngs that all of my post were true.

Nothing I posted was indecent, and or obscene. Defendants are using a defense that holds no water since indecent, and or obscene usually has to do with sex and sexual interactions. None of my post contain anything sexual.

Also I am a Journalist, That did post the truth. I knew it was the truth minutes after watching Michael Daltons video. There are too many genuine disputes of material facts to grand a Summary Judgement.

The nonmoving party bears the burden to establish genuine disputes of material facts. Vitkus v. Beatrice Co., 11 F.3d 1535, 1539 (10th Cir. 1993) (quotation omitted).

## STATEMENT OF UNDISPUTED MATERIAL FACTS

**Woodland Park  Police Department did target a special needs child so that officers could receive overtime pay.**

The video link I posted on the Woodland Park Police Department page gave the following information.  This is also hyper linked in my Complaint.  Woodland Park Underground - Dad tells a story of the house being raided for MMJ | Facebook [ECF P. 3]  the video shows the following.

In the video the father has his face covered with a logo for privacy.   The Father states the following. "we were raided for growing my sons epilepsy medicine. You know they sent out 15 cops to my house for 13 plants"

Defendant De Young applied for black and grey market marijuana grants. These grants enriched the city of Woodland Park with $100,000.  [Ex 1,  P. 23 ¶ 16-25], [Ex 1,  P. 24 ¶ 1-25], [Ex 1,  P. 25 ¶ 1-7]

Individuals can be re compensated for overtime and comp pay through these grants.  [Ex 1,  P. 82 ¶ 24-25], [Ex 1,  P. 83 ¶ 1-25], [Ex 1,  P.84 ¶ 1-11]

If Defendants did not conduct marijuana raids the 100,000 would go back to the state. [Ex 1,  P. 152 ¶ 8-17].

That if the grant money was not apply to overtime it would go back to the state. [Ex 1,  P. 152 ¶ 18-21].

Woodland park did use all of the 100,000 in Grant money.  [Ex 1,  P. 152 ¶ 22-25], [Ex 1,  P. 153 ¶ 1-2].

**The Criminal investigation that led to the search warrant was started off of Smell.**

"On Thursday, July 12, 2018 at approximately 8:30 P.M. your Affiant was traveling through the intersection of East Midland Avenue and North Fairview Street, Woodland Park, Teller County, Colorado when I detected the odor of raw, unburnt Marijuana." [Ex 2, P. 6]

There were no names of any of the residents on the search warrant. [EX2].

Defendant De Young knows the smell of marijuana is legal. He States "the smell in and of itself is not illegal." [Ex 1, P. 56 ¶ 3-25], [Ex 1, P. 57 ¶ 1]

Defendant De Young even states "The smell of marijuana is constitutionally protected, yes" [Ex 1, P. 74 ¶ 21-25], [Ex 1, P.75 ¶ 1].

Defendant De Young Believes that residents have a right to privacy and the smell of marijuana. [Ex 1, P.126 ¶ 9-14],

Defendant De Young Agrees that there is no Colorado Revised Statue that says the smell of marijuana is illegal. [Ex 1, P.35 ¶ 10-15].

Defendant De Young Allows Officers to Start Criminal investigations off of smell of marijuana. [Ex 1, P.75 ¶ 17-21],

The officer who started the criminal investigation that led to the search warrant was a patrol officer not a narcotics officer. [Ex2 P.5]

### **Delbert Sgaggio is a journalist.**

Delbert Sgaggio is a reporter, and has done live broadcasts dated July 17, 2017 from the wobble me facebook page. The video starts out with me saying " hey what's up this is Wobble me reporter Debo LIVE at the Aurora PD"
https://www.facebook.com/wobbleme1/videos/1574394389300149/?__so__=channel_tab&__rv__=all_videos_card&redirect=false



Cora requests from 5/11/2017 show Delbert Sgaggio acting in his official capacity as Chief Editor of Wobble me Media in emails with the City of Colorado Springs.[Ex. 3]

That Delbert did cover the Terry Maketa trial. Was the Chief editor of his buddies website. [Ex 7, P. 16 ¶ 2-7]

That Delbert Sgaggio was an Editor on a friends site wobble me.  And in control of that media site. [Ex 7,  P. 21 ¶ 3-25]

A treasure trove of evidence, including Colorado Law, Delberts experience with search warrants and video.  was used to come up with the very short Free press, journalistic story reply "You target sick kids to get your overtime pay.. [sic] That's why you are a pig."  [EX7, P.84 ¶ 20-25], [EX7, P.85 ¶ 1-25], [EX7, P.86 ¶ 1-25], [EX7, P.87 ¶ 1-25], [EX7, P.88 ¶ 1-25],

**Removal and or hiding of my posts and blocking were view point discrimination.**

Delbert Sgaggio was blocked. while Defendant De young was seeking legal advice  [Ex7 ,  P.109 ¶ 15-20]

Delbert Sgaggio did not repost his journalism after the block was lifted  because he was blocked for so long. He felt it would be irrelevant.  [Ex 7,  P.93 ¶ 3-25], [Ex 7,  P. 94 ¶ 1]

Delbert Sgaggio also tried to repost, the posts removed by Defendant De Young. But could not when he was blocked  [Ex 7,  P. 107 ¶ 24-25] [Ex 7,  P. 108 ¶ 1-25], [Ex 1,  P. 109 ¶ 1-8].

## LEGAL ARGUMENT

### I never posted anything indecent or obscene.

"Plaintiff used the words "pig," "terrorist," "ass," and "bitch" to refer to the police, and he baselessly and inaccurately accused the police of targeting sick children for personal profit."[ECF 18 P. 10, ¶1]

Pig, terrorist, ass and bitch are commonly use words now a days. But are far from obscene. By calling the police these names I am verbally challenging their actions.

Words that deal with political speech are constitutionally protected, even if those words are considered cuss words and hurt the feelings of public servants, and even if women and children are present.

""On April 26, 1968, the defendant was observed in the Los Angeles County Courthouse in the corridor outside of division 20 of the municipal court wearing a jacket bearing the words `Fuck the Draft' which were plainly visible. There were women and children present in the corridor. " *Cohen v. California*, 403 U.S. 15, 16 (1971)

Second, contrary to the city's contention, the First Amendment protects a significant amount of verbal criticism and challenge directed at police officers. "Speech is often provocative and challenging. . . . [But it] is nevertheless protected against censorship or punishment, unless shown likely to produce a clear and present danger of a serious substantive evil that rises far above public inconvenience, annoyance, or unrest." *Terminiello* v. *Chicago*, 337 U.S. 1, 4 (1949). In *Lewis* v. *City of New Orleans*, 415 U.S. 130 (1974), for example, the appellant was found to have yelled obscenities and threats at an officer who had asked appellant's husband to produce his driver's license. Appellant was convicted under a municipal ordinance that made it a crime "`for any person wantonly to curse or revile or to use obscene or opprobrious language toward or with reference to any member of the city police while in the actual performance of his

duty.'" *Id.*, at 132 (citation omitted). We vacated the conviction and invalidated the ordinance as facially overbroad. Critical to our decision was the fact that the ordinance "punishe[d] only spoken words" and was not limited in scope to fighting words that "`by their very utterance inflict injury or tend to incite an immediate breach of the peace.'

*Houston v. Hill*, 482 U.S. 451, 461-62 (1987)

"The freedom of individuals verbally to oppose or challenge police action without thereby risking arrest is one of the principal characteristics by which we distinguish a free nation from a police state." *Houston v. Hill*, 482 U.S. 451, 462-63 (1987)

In *Miller v. California,* 413 U.S. 15 (1973), the Supreme Court upheld the prosecution of a California publisher for the distribution of obscene materials. In doing so, it established the test used to determine whether expressive materials cross the line into unprotected obscenity. The *Miller* test remains the guide in this area of First Amendment jurisprudence.[1]

The basic guidelines for the trier of fact must be: (a) whether "the average person, applying contemporary community standards" would find that the work, taken as a whole, appeals to the prurient interest, *Roth, supra*, at 489, (b) whether the work depicts or describes, in a patently offensive way, sexual conduct specifically defined by the applicable state law, and (c) whether the work, taken as a whole, lacks serious literary, artistic, political, or scientific value.

*Miller v. California*, 413 U.S. 15, (1973)

Part (a) Prurient interest has to do with sex.  None of my post had anything to do with sex. Defendants fail to prove part (a).

---

[1] https://mtsu.edu/first-amendment/article/401/miller-v-california

Part (b) state following "in a patently offensive way, sexual conduct specifically defined by the applicable state law, and"  None of my post had anything to do with sex.  Defendants fail to prove part (b).

Part (c) whether the work, taken as a whole, lacks serious literary, artistic, political, or scientific value.

My posts were clearly constitutionally protected speech, they had literary, and  political value. I posted the link to the Woodland Park Undergrounds Video and stated "You target sick kids to get your overtime pay. [sic] That's why you are a pig." [ECF 18 Sum P.3]  Police misconduct has affected all of America. Literally this time last year police stations and businesses we're being burnt to the ground over this issue. Police misconduct/accountability.

I posted "Why did you punk ass pigs remove my post. [ECF 18 Sum P.3]    This is a pubic [sic] forum. I'm going to sue the chief of police, the city of Woodland Park, and whatever punk ass bitch remove my post. Your actions are unconstitutional and violation of federal law 18 usc 241,242.. [sic] see you pigs in Federal court.." [ECF 18 Sum P.3]    I was trying to rectify violations made against me by Defendants.  This is clearly a matter of public concern. And involves political values. I also love how I artistically place the words "punk ass, in front of bitch" this clearly has literary value, since I enhance the derogatory statement of the individual who violated my rights to be lower then a female dog.  Free Expression!!

I posted the link to the Woodland Park Video and stated "You target sick children to Enrich [sic] officers [yellow police officer emoji] with overtime pay.. [sic] dirty ass cops."  [ECF 18 Sum P.3]   Once again this is political it has to do with police accountability.

I stated "Tyler Pope they violate the constitution daily. All too stupid to understand the oath they took. We the people will bring these terrorists into federal court." [ECF 18 Sum P.3]   I would say this is a true statement. I mean we are all in Federal Court.  Would it not be terroristic, to target a family without reasonable suspicion.  To start a criminal investigation based on a legal substance.

Defendants argue "Plaintiff's indecent and obscene language violated social media policies in effect. The social media policy's are inferior law. My rights are protected by the U.S. Constitution. Removing my constitutionally protected speech based on a Facebook policy is a clear violation of my rights. "Thus, the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void; and that *courts*, as well as other departments, are bound by that instrument. " *Marbury v. Madison*, 5 U.S. 137, 180 (1803)

### **Jury trial is necessary for Punitive Damages.**

Punitive damages are available in § 1983 actions. Smith v. Wade, 461 U.S. at 35, 103 S. Ct. at 1629 (citing Carlson v. Green, [446 U.S. 14](#), 22, 100 S. Ct. 1468, 1473, 64 L. Ed. 2d 15 (1980))

"the defendant's conduct is shown to be motivated by evil motive or intent, or when it involves reckless or callous indifference to the federally protected rights of others." Smith, 461 U.S. at 56, 103 S. Ct. at 1640.

"The fact that Rasmussen stopped his actions after he was informed they were unconstitutional further supports the finding that Rasmussen did not act with malice towards Jolivet. " *Jolivet v. Deland*, 966 F.2d 573, 577 (10th Cir. 1992)

Defendant De Young continued his actions even after he learned they were unconstitutional.

Defendant De Young was motivated by evil motive or intent, his actions involves reckless or callous indifference to my federally protected rights.

On Page 12 of my complaint is a screen shot, of a reply I posted to Woodland Park Police dept page. It states the following. "Why did you punk ass pigs remove my post. This is a pubic [sic] forum. I'm going to sue the chief of police, the city of Woodland Park, and whatever punk ass bitch remove my post. Your actions are unconstitutional and violation of federal law 18 usc 241,242.. [sic] see you pigs in Federal court.." [ECF 1 P.12] This post gives Defendant De Young his 1st notice that he is violating my rights. Defendant De Young aware of the Constitutional violation continues to censor my speech his actions were reckless and he had a callous indifference for my 1st amendment rights.

I later called Defendant Miles De Young. I made a recording of this phone call [Ex.4]

The first question I ask was "Um yes my name is Delbert Sgaggio. And my first amendment rights were violated, on your facebook page.  and so I'm trying to inquire, uh what city employee, was the one that censored my first amendment symbiotic speech.

Defendant De Young proudly states. "So your first amendment stopped when you started swearing on my police department page. It violated our rules of conduct. So that's why I deleted your comment."

This phone conversation is the 2nd notice, to Defendant De Young that he is violating my rights. Defendant De Young aware of the Constitutional violations continues to censor my speech his actions were reckless and he had a callous indifference for my 1st amendment rights. Only after I filed the federal lawsuit did Defendant De Young unblock me.

The 3rd notice was an PUT ON NOTICE AND DEMAND FOR RECTIFY, and INTENT TO SUE,  I sent to both Defendants Miles De Young and the City Manager. [Ex 5,]  on 11/21/2018. The documents sent certified mail states the following, Amongst other things "The actions taken by your office and your officers are abusive and excessive under the circumstances and in violation of my Absolute Natural Rights, Reserved Rights and Reserved Power, the common contract documents better known as the constitutions, civil rights, etc.. Your unconstitutional actions have caused unrepairable damages, emotional stress, etc. due to the unconstitutional, unreasonable, abuse, unlawful and excessive abridgment of my Absolute Natural Rights, Reserved Rights and Reserved Power, the common contract documents better known as the constitutions, civil rights, etc.." [ Ex. 5]

Three times is a charm. The Documents sent were the third notice to Defendant De Young that he is violating my rights. Defendant De Young aware of the Constitutional violation continues to censor my speech his actions were reckless and he had a callous indifference for my 1st amendment rights. Only after I filed the federal lawsuit did Defendant De Young unblock me.

Defendant De Young cannot claim that he did not know his actions (removal of posts and blocking me on Woodland Park Police Department facebook page), violated my rights.  I told him the first time on Woodland Park Police Department facebook page that my rights were violated . I told him by phone my rights were violated.   I told him by certified mail my rights were violated.  It was clear Defendant De Young's  actions show malice, but it also shows he acted recklessly with callous indifference towards my rights.

Defendant De Young was motivated by evil motive or intent. Defendant De Young was trying to cover up racketeering activity in his department. There was no reasonable suspicion and there was no suspected criminal activity to start a criminal investigation on the family with the special needs child. The search of the house, was fraud to receive overtime pay. Officers were raiding individuals, so they could cash in on the grant money. They ran a family out of town , and almost most killed a special needs child. But those cops got that overtime. And Defendant De Young removed my speech , my Journalism to make to cover it up, and then claim the word ass is obscene.. That's damn evil if you ask me.

## My free press claims should stand.

The documentation I present the court, that shows I am a journalist, is predated before violations, of my rights by Defendant De Young.

Plaintiff does not have any degrees or professional certification or licensure related to journalism. [ ECF 18 p. 7]  Free Press is a constitutional right. I do not need a degree, professional certification, or license to engage in constitutionally protected activity. "A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution." *Murdock v. Pennsylvania*, 319 U.S. 105, 113 (1943)

"A law subjecting the right of free expression in publicly owned places to the prior restraint of a license, without narrow, objective, and definite standards is unconstitutional, and a person faced with such a law may ignore it and exercise his First Amendment rights. " *Shuttlesworth v. Birmingham*, 394 U.S. 147, (1969)

Simply put requiring me to have a license to conduct my journalism, would be unconstitutional.

Defendants also argue, At the time of the posts at issue, Plaintiff's Facebook account was not public. [ ECF 18 p. 7]   My post on the Governments page were Public and a matter of Public concern. The fact that my personal page was not public has no bearing on my posts on government pages that are public forms.

It is a fact I was the editor at Wobble me media. As an editor it is in my discretion on how, I wish to present my journalism. I chose to post on the Woodland park police department facebook, and the city of Woodland park facebook page. This is protected activity, under the first Amendment.

When a public broadcaster exercises editorial discretion in the selection and presentation of its programming, it engages in speech activity. Cf. *Turner Broadcasting System, Inc*. v. *FCC*, 512 U.S. 622, 636 (1994) ("Through `original programming or by exercising editorial discretion over which stations or programs to include in its repertoire,' cable programmers and operators `see[k] to communicate messages on a wide variety of topics and in a wide variety of formats'") (quoting *Los Angeles* v. *Preferred Communications, Inc.*, 476 U.S. 488, 494 (1986)).

*Arkansas Ed. Television Comm'n v. Forbes*, 523 U.S. 666, 674 (1998)

"My journalism is posted directly – directly on the public servant, on the municipality. Because that's what's most important because I cover that  municipality, I cover those public servants, right? So  that's my type of journalism. Okay?  And my type of journalism is so pure that I don't need to be reimbursed. Okay? When I publish that true story, that is my reimbursement. Okay? When  I publish what Miles De Young did to that child, right,  for overtime pay, that story, that story is 100 percent true. That story is 100 percent honest. You get what  I'm saying? So that story, the reaction from Miles De Young on the truth, that was my payment. And you can't get that kind of payment from money. It doesn't exist." [ EX 7 P. 57 ¶ 25, P58 ¶1-14 ]

As for claims by Defendants that me suing Democratic lawmakers and a Republican Sheriff for First Amendement violations shows that my speech was not chilled is comical and ill relevant. Every Public platform is separate and distinct.  Defendants are saying every news story I publish, and every public servant I redress is one Giant action. If that was true Phil Wiser the State of Colorado and other defendants would be a part of this lawsuit.

**The very rich history of the First Amendment and how Free Press influenced our First Amendment rights .**

Between November 1720 and December 1723, John Trenchard and Thomas Gordon wrote an extraordinary series of 144 weekly essays for the *London Journal*, taking their pen name, Cato, from the Roman statesman who had defied the emperor Julius Caesar.[2]

The First Amendment drew much of its language from Cato's Letters, which said that the people must be able "to represent their pubic grievances, and to petition for redress to those whose duty it is to right them." [*Cato's Letters* By Robb A. McDaniel]

---

[2] https://www.mtsu.edu/first-amendment/article/857/cato-s-letters

The occasion for the letters was the collapse in 1720 of the "South Sea bubble," a corrupt stock scheme involving the South Sea Company, a trading operation with private stockholders, chartered by Parliament, and given monopoly privileges over trade with Spanish South America. [*Cato's Letters* By Robb A. McDaniel]

And just like that the Free Press was born.  And just like that I followed my career path, upset by government abuse and lack of accountability. I felt the only way to hold these individuals accountable, was for me to expose them to the public, and so I was also birthed into journalism in a similar fashion to those who published the Cato letters.  The record shows I was active in journalism even before I caught Woodland Park Police Dept targeting special needs kids for overtime pay.

Let there be no mistake. Currently I am building a multi media corporation, that will change the world view on news. I don't work for a pay check.  I own the company.

### 14th amendment Claims

White peoples comments stayed, my comments were removed.  I am Non white.

### **Conclusion**

I have met my burden to establish genuine disputes of material facts.  I asked the court that we move forward to jury trial so that punitive damages for violations to my constitutionally protected  rights be assessed,  so that I may be compensated for injuries.  We asked the court to deny Defendants Summary Judgment.

Respectfully submitted this 16th day of June, 2021.

By: s/ Delbert Sgaggio

DELBERT SGAGGIO

1850 North Academy Blv.

Colorado Springs Colorado 80909

Overclock420@hotmail.com

719 351 0801

I hereby certify that on this 16th day of June, 2021, I electronically filed the foregoing RESPONSE TO DEFENDANTS MILES DE YOUNG AND CITY OF WOODLAND PARK'S MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system. A copy was also sent via email to the following:

Marni Nathan Kloster, Nicholas C. Poppe NATHAN DUMM & MAYER P.C. 7900 E. Union Avenue, Suite 600 Denver, CO 80237-2776 Phone Number: (303) 691-3737 Fax: (303) 757-5106 Attorneys for Miles De Young and City of Woodland Park

MKloster@ndm-law.com

NPoppe@ndm-law.com