IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01977-PAB-NYW

DELBERT SGAGGIO,

    Plaintiff,

v.

CITY OF WOODLAND PARK, *et al.*,

    Defendants.

## ENTRY OF APPEARANCE

Andy McNulty of the law firm of KILLMER, LANE & NEWMAN, LLP, an attorney duly licensed to practice before this Court, hereby enters his appearance on behalf of the Plaintiff, Delbert Sgaggio.

DATED this 8th day of April 2022.

        KILLMER, LANE & NEWMAN, LLP

        *s/ Andy McNulty*
        _____
        Andy McNulty
        1543 Champa Street, Suite 400
        Denver, CO 80202
        (303) 571-1000
        (303) 571-1001
        amcnulty@kln-law.com

        ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Marni Nathan Kloster
Nicholas Christaan Poppe
Nathan Dumm & Mayer PC
7900 East Union Ave., Suite 600
Denver, CO 80237
mkloster@ndm-law.com
npoppe@ndm-law.com

*s/ Charlotte Bocquin Scull*
Paralegal