## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.        1:20-CV-01977-PAB-NYW

DELBERT SGAGGIO,
Plaintiff,

v.

MILES DE YOUNG,
CITY OF WOODLAND PARK,
CITY OF WOODLAND PARK EMPLOYEE JOHN DOE,
JOHN DOES 1-99

Defendants.

---

## JOINT MOTION FOR SETTLEMENT CONFERENCE AND REQUEST TO VACATE PRE-TRIAL CONFERENCE

---

Plaintiff, Delbert Sgaggio, and Defendant, the City of Woodland Park, by and through their attorneys, hereby submit the following Joint Motion for Settlement Conference and Request to Continue the Pre-Trial Conference, with supporting authority as follows:

1.      The parties jointly request the Court's assistance in attempting to resolve this matter under D.C.COLO.LCivR 16.6 by referring the parties to a settlement conference with Judge Wang.

2.      In accordance with D.C.COLO.LCivR 16.6, the parties believe this case is better suited for mediation by a magistrate, as opposed to a private mediator. The parties believe a federal judge would be best suited to provide the parties with a neutral mediator, whilst simultaneously being a subject matter expert in the law implicated by his lawsuit.

3.     If the Court is inclined to refer the case to Judge Wang for mediation, the parties would also request that the Final Pre-Trial Conference, currently set for June 29 at 11 a.m., be continued pending the settlement conference and reset as needed thereafter.

Respectfully submitted this 9th day of May, 2022.

s/Andy McNulty
Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com
mnewman@kln-law.com
*Attorneys for Plaintiff*

-AND-

s/Marni Nathan Kloster
Marni Nathan Kloster
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
Fax: (303) 757-5106
*Attorneys for City of Woodland Park*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 9th day of May, 2022, I electronically filed the foregoing **JOINT MOTION FOR SETTLEMENT CONFERENCE AND REQUEST TO VACATE PRE-TRIAL CONFERENCE** with the Clerk of Court using the CM/ECF system. A copy was sent via email and US mail to the following:

Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com
mnewman@kln-law.com
*Attorneys for Plaintiff*


*s/Marni Nathan Kloster*
Marni Nathan Kloster