IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01977-PAB-NYW

DELBERT SGAGGIO,

    Plaintiff,

v.

MILES DE YOUNG,
CITY OF WOODLAND PARK,
CITY OF WOODLAND PARK EMPLOYEE JOHN DOE, and
JOHN DOES 1–99,

    Defendants.

_____

## ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the portion of the parties' Joint Motion for Settlement Conference and Request to Vacate Pre-Trial Conference [Docket No. 36] that requests that Magistrate Judge Nina Y. Wang conduct a settlement conference. The parties "believe this case is better suited for mediation by a magistrate." *Id.* at 1, ¶ 2.

    Pursuant to Local Rule 72.1(c)(1), on reference or order by a district judge, a magistrate judge may conduct a settlement conference. D.C.COLO.LCivR 72.1(c)(1). Good cause appearing, it is

    **ORDERED** that the portion of the parties' Joint Motion for Settlement Conference and Request to Vacate Pre-Trial Conference [Docket No. 36] requesting that Magistrate Judge Nina Y. Wang conduct a settlement conference is **GRANTED**. It is further

    **ORDERED** that the remaining portion of the Joint Motion for Settlement Conference and Request to Vacate Pre-Trial Conference [Docket No. 36] is referred to Magistrate Judge Nina Y. Wang. It is further

    **ORDERED** that, pursuant to Local Rule 72.1(c)(1), United States Magistrate Judge Nina Y. Wang is authorized to conduct a settlement conference in this case. It is further

**ORDERED** that the parties are directed to contact Magistrate Judge Nina Y. Wang's chambers to schedule a settlement conference.

DATED May 10, 2022.