IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01977-PAB-NYW

DELBERT SGAGGIO,

    Plaintiff,

v.

CITY OF WOODLAND PARK,
CITY OF WOODLAND PARK EMPLOYEE JOHN DOE, and
JOHN DOES 1-99,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    Pursuant to this court's Minute Order [Doc. 39] and the parties' joint telephonic contact with chambers, IT IS ORDERED that a Settlement Conference is set for **July 18, 2022** beginning at **9:30 a.m.** in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

    IT IS FURTHER ORDERED that counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement. This requirement is not satisfied by the presence of counsel alone. To the extent a party will rely upon insurance coverage, a representative of the insurance company must be present.

    Confidential Settlement Statements shall be submitted by e-mail in PDF format addressed to Wang_Chambers@cod.uscourts.gov, on or before **July 1, 2022. Prior to the submission of the Confidential Statements, the Parties must engage in a robust telephonic or in-person discussion regarding settlement.** Confidential Statements must include: (1) a discussion of both the strengths and weaknesses of each party's position; (2) a summary of all steps taken to date to resolve the matter (including the history of any demands or offers by the Parties); and (3) any non-legal considerations that play a significant role in a Party's evaluation of the case. **In addition, each Confidential Statement must contain a specific offer of compromise, including the dollar amount or range each client will accept or pay in settlement and any essential non-economic terms.** Failure to submit Confidential Statements on time or to comply with these requirements may result in the Settlement Conference being vacated.

DATED: May 16, 2022