*IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.        1:20-CV-01977-PAB-KMT

DELBERT SGAGGIO,
Plaintiff,

v.

MILES DE YOUNG,
CITY OF WOODLAND PARK,
CITY OF WOODLAND PARK EMPLOYEE JOHN DOE,
JOHN DOES 1-99

Defendants.

---

### UNOPPOSED MOTION FOR CERTAIN DEFENSE PARTIES TO APPEAR BY TELEPHONE AT THE SETTLEMENT CONFERENCE

---

Defendant, City of Woodland Park, by and through its attorneys Marni Nathan Kloster and Nicholas Poppe at Nathan Dumm & Mayer P.C., hereby submits its Motion for Certain Defense Parties to Appear by Telephone at the Settlement Conference with supporting authority as follows:

1.     The undersigned conferred with counsel for Mr. Sgaggio regarding the relief sought herein. The motion is unopposed.

2.     The parties are currently scheduled for a settlement conference on Monday, July 18, 2022.

3.     Owing in part to a medical appointment, the Town seeks leave to have its representatives appear via Zoom or telephone for portions of the settlement conference.

4.      It is possible certain representatives may still appear in person, although the undersigned will be prepared to initiate a Zoom conference if necessary.

5.      The undersigned and one or both of the firm's law clerks will still appear in person.

WHEREFORE, the City respectfully requests that it be granted leave for its representatives to appear by telephone at the settlement conference.

Respectfully submitted this 15th day of July, 2022.

*s/Nick Poppe*
Marni Nathan Kloster
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
Fax: (303) 757-5106
*Attorneys for Miles De Young and City of Woodland Park*

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of July, 2022, I electronically filed the foregoing **[MOTION TO APPEAR BY PHONE]** with the Clerk of Court using the CM/ECF system. A copy was sent via email and US mail to the following:

Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com
mnewman@kln-law.com
*Attorneys for Plaintiff*


                           *s/Sarah Hornbarger*
                           Sarah Hornbarger, Paralegal