# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO: Docketing

FROM: Magistrate Judge Nina Y. Wang

DATE: July 18, 2022

RE: Case Number: 20-cv-01977-PAB-NYW

Caption: <u>Sgaggio v. City of Woodland Park et al.</u>

☐ A settlement conference was held on this date. No settlement was reached.

☒ A settlement conference was held on this date. Settlement was reached as to:

    ☒ All claims in this action. Parties shall file a stipulated motion to dismiss on or before August 17, 2022.

    ☐ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: <u>5</u> hours <u>30</u> minutes.

☐ A record was made of appearances of counsel and parties.

☒ A record was made of appearances of counsel, parties, and material terms.

☐ No record was made.

---

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.

OR

* For counsel to order transcripts, please contact the courtroom deputy clerk. For anyone other than counsel of record to obtain a transcript of the hearing, a motion must be filed.