**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.      1:20-CV-01977-PAB-KMT

DELBERT SGAGGIO,
Plaintiff,

v.

MILES DE YOUNG,
CITY OF WOODLAND PARK,
CITY OF WOODLAND PARK EMPLOYEE JOHN DOE,
JOHN DOES 1-99

Defendants.

---

**STIPULATED MOTION FOR DISMISSAL**

---

The parties, by their respective counsel, pursuant to Fed.R.Civ.P. 41, hereby submit the following Stipulated Motion for Dismissal of all claims against the Defendants, with prejudice.

The parties hereby stipulate as follows:

Any and all claims asserted against Defendants, as set forth in Plaintiff's Complaint and Jury Demand, and all other pleadings shall be dismissed, with prejudice, each party to pay his or its own attorney's fees and costs.

This case should be deemed closed and all deadlines and appearances vacated.

WHEREFORE, the parties respectfully request that the Court enter an Order confirming the dismissal of all claims against the Defendants, with prejudice, each party to pay its own costs and attorney fees and closure of the case.

-2-

Respectfully submitted this 17th day of August, 2022.

*s/Andy McNulty*
Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com
mnewman@kln-law.com
*Attorneys for Plaintiff*

-AND-

*s/Marni Nathan Kloster*
Marni Nathan Kloster
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
Fax: (303) 757-5106
*Attorneys for Defendants*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2022, I electronically filed the foregoing **STIPULATED MOTION FOR DISMISSAL** with the Clerk of Court using the CM/ECF system. A copy was sent via email and US mail to the following:

Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com
mnewman@kln-law.com
*Attorneys for Plaintiff*

*s/Marni Nathan Kloster*